United States Courts
Southern District of Texas
FILED
*October 27, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ALI KHALIL ABDULLAH KHAN | § | **4:26-cr-696** |
| AKA ALI KHAN | § | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

From on or about October 22, 2024, through November 5, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ALI KHALIL ABDULLAH KHAN
AKA ALI KHAN,

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Presidential elector, Vice President, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

AARON F. REITZ
UNITED STATES ATTORNEY

By: *Liesel Roscher*
LIESEL ROSCHER
Assistant United States Attorney