USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*October 27, 2026*
Nathan Ochsner, Clerk of Court

No. **4:26-cr-696**

USAO Number: 2026R14244

Magistrate Number:

CRIMINAL INFORMATION

Filed

Judge: **Hoyt**

UNITED STATES of AMERICA

vs

ALI KHALIL ABDULLAH KHAN
AKA ALI KHAN

ATTORNEYS:

**AARON F. REITZ, USA** **(713) 567-9000**

Liesel Roscher and Jason Corley, AUSA (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE: Ct. 1: Illegal Voting by Alien [18 U.S.C. § 611(a)]

(TOTAL)
(COUNTS:)
( 1 )

PENALTY: Ct. 1: Not more than 1 year of imprisonment, a fine of not more than $100,000, or both, not more than 1 year supervised release, and a $100 SA.

☐ In Jail

☐ On Bond

☒ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: