United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ALI KHALIL ABDULLAH KHAN | § | **4:26-cr-696** |
| AKA ALI KHAN | § | |

ORDER FOR ISSUANCE OF BENCH WARRANT

A criminal information has been charged against the defendant listed below:

**ALI KHALIL ABDULLAH KHAN**
**AKA ALI KHAN**

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court that defendant be detained at this time.

Signed at Houston, Texas this the 27th day of October 2026.

Yvonne Y. Ho
United States Magistrate Judge